UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       v.        :        Crim. No. 19-617 (RBK)

KEVIN RUIZ-QUEZADA        :        <u>CONTINUANCE ORDER</u>

      This matter having come before the Court on the joint application of Rachael A. Honig, United States Attorney for the District of New Jersey, (Daniel A. Friedman and Andrew Carey, Assistant United States Attorneys, appearing), and defendant Kevin Ruiz-Quezada (Justin T. Loughry, Esquire, appearing) for an order granting a continuance of the proceedings in the above-captioned matter in order to allow the parties to prepare for the anticipated retrial following the declaration of a mistrial; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of a mistrial pursuant to 18 U.S.C. § 3161(e), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and the defendant having consented to the continuance and waived such right, and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Court has set a status conference for July 13, 2021 at 2:30 p.m., at which the parties and the Court will discuss scheduling of a retrial.

2. In anticipation of this date, and anticipation of a retrial, the parties require additional time to complete pretrial discovery, file appropriate pretrial motions, voir dire requests, proposed jury instructions, and otherwise prepare for trial.

3. The failure to grant a continuance would deny counsel for the defendant and counsel for

the Government the reasonable time necessary for effective preparation for the retrial, taking into account the exercise of due diligence;

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS, therefore, on this** 17th **day of June 2021,**

ORDERED that this action be, and hereby is, continued until September 1, 2021; and

IT IS FURTHER ORDERED that the period from the date of this Order is signed through September 1, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE ROBERT B. KUGLER
United States District Judge

Form and entry
consented to:

_____
DANIEL A. FRIEDMAN
Assistant United States Attorney

_____
JUSTIN T. LOUGHRY, Esquire
Counsel for Kevin Ruiz-Quezada