<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| **ROBERT B. KUGLER**<br>**UNITED STATES DISTRICT JUDGE** | **MITCHELL H. COHEN U.S. COURTHOUSE**<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ  08101 |

June 21, 2021

Daniel A. Friedman, AUSA
Andrew Carey, AUSA
Office of U.S. Attorney
401 Market Street – 4th Floor
P.O. Box 2098
Camden, NJ 08101-2098

Justin T. Loughry, Esq.
LOUGHRY & LINDSEY
330 Market Street
Camden, NJ   08102

Re:   USA v. Kevin Ruiz-Quezada
       Criminal No. 19-0617(RBK)

Dear Counsel:

Please be advised the court incurred a total cost of $11,227.29, for the jurors in this matter.   This includes the daily fee, mileage and meals.

The costs for juror Meile were $311.82.   Again this was for the daily fee, mileage, and meals.

You are welcome to attend the June 29, 2021, return of the Order to Show Cause why Meile should not be held in contempt.   He has been personally served by the U.S. Marshal with a copy of the Order to Show Cause.   I will determine how to proceed at that time.

<div style="margin-left:50%">

Very truly yours,

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

</div>

RBK:mg