NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. No. 19-617 (RBK) |
| v. | : | **ORDER** |
| KEVIN RUIZ-QUEZADA, | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon the parties' joint motion for a mistrial; for the reasons expressed on the record during the hearing on the matter on June 15, 2021,

**IT IS HEREBY ORDERED** that the joint motion for a mistrial is **GRANTED**.

Dated: 6/30/2021

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge